UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT MACARTHUR,

    Plaintiff,

v.

CASE CREDIT UNION, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1274

HON. JANET T. NEFF

## **ORDER**

This is a civil action involving a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 10, 2019, recommending that this matter be dismissed without prejudice on the ground that this Court lacks subject matter jurisdiction. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 16) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED without prejudice for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.


Dated: February 6, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge